**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMPLETE BUSINESS** : | |
| **SOLUTIONS GROUP, INC., et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 18-4013** |
| **RADIANT IMAGES, INC., d/b/a/** : | |
| **HD CAMERA RENTALS, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this __22nd___ day of May, 2019, upon consideration of Defendants' Motion for Leave to File Reply Brief ("Motion") (Doc. 5), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

                              **BY THE COURT:**

                              **/s/ Petrese B. Tucker**
                              _____
                              **Hon. Petrese B. Tucker, U.S.D.J.**